## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1321

KATIA CAROLINA VARGAS ANARIBA; K.A.M.V.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: November 29, 2022                     Decided: August 31, 2023

Before GREGORY and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Mark J. Devine, Charleston, South Carolina, for Petitioners. Brian Boynton, Principal Deputy Assistant Attorney General, Corey L. Farrell, Acting Senior Litigation Counsel, Jaclyn G. Hagner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katia Carolina Vargas Anariba and her minor daughter, natives and citizens of Honduras, petition for review of a final order of the Board of Immigration Appeals ("Board") denying their applications for asylum, withholding of removal, and protection under the Convention Against Torture. After thoroughly reviewing the record, we conclude that the evidence does not compel a ruling contrary to the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2